IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA — MACON DIVISION

JEFFREY ALISON LAMBETH,

                        *Plaintiff*,

—v—

CAVALRY SPV I LLC, *and*
ROOSEN VARCHETTI & OLIVIER - GA PLLC,

                        *Defendants*.

Civil Action File Number
5:18-cv-00327-TES

## CERTIFICATE OF SERVICE

COMES NOW the undersigned and certifies that, the day below written and pursuant to OCGA § 10-1-399(g), he served upon the Georgia Attorney General by United States Postal Service certified mail (Exhibit A) a copy of the initial *Complaint* (Document 1) and the *First Amended Complaint* (Document 2) by placing the same within a sealed envelope to which was affixed sufficient postage to deliver the same as indicated to:

> Office of the Georgia Attorney General Chris Carr
> 40 Capitol Square SW
> Atlanta GA 30334

A copy of this instrument with its Exhibit A will be served upon the Defendants with the *Summons* and the *First Amended Complaint* (Document 2).

Respectfully submitted this 7th day of September 2018 by:

                                                  [Signature on page following.]

ADDLETON LTD CO

by: s\ *David F. Addleton*
David F Addleton
Attorney for Plaintiff
Georgia Bar # 005050

PO Box 416
Macon Georgia 31202
voice: 404.797.7166
fax: 888.398.0898
dfaddleton@gmail.com

# Exhibit A

# (below and next page)



```
========================================
              MACON
        451 COLLEGE ST RM 130
              MACON
               GA
            31213-9998
            1254970100
09/07/2018    (800)275-8777    4:48 PM
========================================
========================================
Product              Sale        Final
Description          Qty         Price

PM 2-Day              1          $7.25
    (Domestic)
    (ATLANTA, GA  30334)
    (Weight:1 Lb 1.00 Oz)
    (Expected Delivery Date)
    (Monday 09/10/2018)
Certified             1          $3.45
    (@@USPS Certified Mail #)
    (70113500000193335744)
Return                1          $2.75
Receipt
    (@@USPS Return Receipt #)
    (95909402237662249096981)

Total                            $13.45

Debit Card Remit'd               $13.45
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX9043)
    (Approval #:      )
    (Transaction #:488)
    (Receipt #:027415)
    (Debit Card Purchase:$13.45)
    (Cash Back:$0.00)
    (AID:A0000000042203)           Chip)
    (AL:Debit)
    (PIN:Verified)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.
```

```
Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

                 Go to:
     https://postalexperience.com/Pos

     840-5310-0222-003-00035-00470-02

          or scan this code with
           your mobile device:
```



```
           or call 1-800-410-7420.

            YOUR OPINION COUNTS




Bill #:  840-53100222-3-3500470-2
Clerk:   7
```